UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 00-554 JMR/FLN

UNITED STATES OF AMERICA,

Plaintiff,

v.

MICHAEL MCDONALD,

Defendant,

GCR FIRESTONE,

Garnishee.

**GARNISHMENT ORDER**

A Writ of Garnishment was duly issued by this Court and personally served on the garnishee and on the defendant. The garnishee indicates that the defendant is no longer an employee.

THEREFORE, IT IS ORDERED, that the Writ of Garnishment served on January 24, 2003, is hereby released.

Dated: 3/13/03

Magistrate Judge
United States District Court

3-13-03